No. 2957. Ussery *v.* Vogel. April Term, 1892. In this action, the "Case" for the appeal was settled on December 28, 1891. Sometime afterwards the appellant's attorney, residing in Barnwell, S. C., gave his "Case" and points and authorities to a representative of a Columbia printing house, with instructions to have the same printed by May 20, and to have the necessary copies filed. The papers were put into the hands of the printer and were printed by him and retained under notice from

such representative that he would call for them on Saturday, May 21. They were not so called for, and on Sunday or Monday the printer received a postal card from this person, directing him to file the papers on Saturday ; but that day having already passed, he held the papers until called for by appellant's attorney on his arrival in Columbia on Tuesday night. The "Case" and points were thereupon filed on Wednesday, May 25. On the call of the cause for hearing on the 27th of May, respondent's counsel moved to dismiss the appeal, because these papers had not been on file for three days. *Robert Aldrich*, for motion. *J. E. Davis*, contra.

The court, in delivering its judgment, said : The motion having been made, the court is obliged to grant the same, however reluctant so to do. In at least two cases of this kind at the last term of this court[1] this court has dismissed the appeals on similar grounds, and it would not be right, nor can the counsel expect the court, to grant relief in one case and not in another. Rule 8 reads : "Three days previous to the commencement of the argument of any case, the counsel for the appellant shall deliver to the clerk of the court." etc. This rule is imperative, and, as stated, has been construed several times by this court.

Thereupon the court passed the following order, prepared by counsel, May 27, 1892 : It appearing to the court that the case upon which the appeal herein was to be heard, was settled on the 28th day of December, 1891, and that the printed "Case" and appellant's points and authorities were not filed in this court, nor served upon respondent's attorneys three days before the case is called for trial, on motion of Robert Aldrich, Esq., attorney for respondent, it is ordered that the appeal herein be, and the same is hereby, dismissed with costs.